UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY. as subrogee of Noriko Kitazawa; THE KITAZAWA TRUST & ESTATE for the decedent Noriko Kitazawa;<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; and ROE CORPORATIONS I – X, inclusive<br><br>Defendants. | Case No.  3:24-cv-00260-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Stipulation to Dismiss with Prejudice** |

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

/ / /

/ / /

Page 1 of 2

*Case No.   3:24-cv-00260-ART-CSD*
*CSAA General Insurance Company v. Samsung Electronics America, Inc*

**IT IS SO STIPULATED.**

Dated this 10th day of December, 2025.

| | |
|---|---|
| **BAUMAN LOEWE WITT & MAXWELL, P.L.L.C.** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
| */s/ Paul T. Landis*<br>Paul T. Landis, Esq.,<br>Nevada Bar No. 10651<br>3650 N. Rancho Dr., Suite 114<br>Las Vegas, NV  89130<br>*Attorneys for Plaintiffs* | */s/ Jonathan Pattillo, Esq.*<br>Karen L. Bashor, Esq.<br>Nevada Bar No. 11913<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>6689 Las Vegas Blvd South #200<br>Las Vegas, NV  89101<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: December 11, 2025